UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>CINSAY, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. C 12-05638-NC<br><br>**AGREED ORDER OF DISMISSAL** |
| CINSAY, INC.,<br><br>    Cross-Claimant,<br><br>v.<br><br>GEOFFREY PRICE,<br><br>    Cross-Defendant. | |

CAME ON THIS DAY for consideration the Joint Stipulation for Dismissal with Prejudice seeking dismissal with prejudice of all claims asserted in this litigation by Plaintiff Geoffrey Price against Defendant Cinsay, Inc., and all cross-claims asserted in this litigation by Cross-Claimant Cinsay, Inc. against Cross-Defendant Geoffrey Price. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiff Geoffrey Price in this suit are hereby dismissed with prejudice, and that all cross-claims asserted by Cross-Claimant Cinsay, Inc. in this suit are hereby dismissed, with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

Signed this  22nd  day of  October          , 2013.

_____
NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

602541.